

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

_____
**Signed November 16, 2020**                            **United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 20-43507 |
| PRO-CRETE READY MIX, LLC, § | |
| § | Chapter 11 |
| Debtor. § | |

### ORDER GRANTING MOTION FOR EXPEDITED HEARING
### ON MOTION FOR USE OF CASH COLLATERAL

CAME ON FOR CONSIDERATION the *Motion for Setting and Request for Expedited Hearing on Motion for Use of Cash Collateral* [Docket No. 4] (the "**Motion**") filed by Pro-Crete Ready Mix, LLC (the "**Debtor**"), the chapter 11 debtor in the above-captioned case. Having considered the Motion, the Court finds that good and sufficient cause exists to grant the relief requested. It is therefore:

**ORDERED** that the Motion be and is hereby GRANTED on the terms set forth herein; it is further

**ORDERED** that an expedited hearing (the "**Hearing**") on the *Emergency Motion for Authority to Use Cash Collateral* [Docket No. 3] shall be held before The Honorable Edward L. Morris on **Wednesday, November 18, 2020, at 2:30 p.m. (prevailing Central Time)**; it is further

**ORDERED** that pursuant to paragraph 1 of General Order 2020-14 issued by the Court on May 20, 2020, the Hearing shall be conducted **by WebEx videoconference**, subject to the following procedures:

1. To join the videoconference, counsel, parties and witnesses must use the following WebEx link, meeting number (access code) and meeting password:

    Link: https://us-courts.webex.com/us-courts/j.php?MTID=m911a57de1b7e659440b262388f450418

    Meeting number (access code): **172 962 0019**

    Meeting password: **bankruptcy**

For counsel and other parties in interest who will **not** be seeking to introduce any evidence at the hearing and who wish to attend in a telephonic only mode, such counsel and parties in interest may telephonically join the hearing by using the following dial-in number and meeting number (access code):

    Dial-In: **1.650.479.3207**
    Meeting number (access code): **172 962 0019**

2. Any party intending to introduce documentary evidence at the hearing shall file an exhibit list in the case with a true and correct copy of each designated exhibit filed as a separate, individual attachment thereto. Additionally, if the number of pages of such exhibits exceeds 100, then such party shall also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than two (2) hours in advance of the hearing.

3. All videoconference and telephonic attendees are required to comply with Judge Morris' telephonic and videoconference hearing policy posted on the Court's website at: https://www.txnb.uscourts.gov/content/judge-edward-l-morris-0.

It is further

**ORDERED** that counsel for the Debtor shall immediately provide notice of the Hearing and of this Order to all creditors and other parties in interest contemplated by Fed. R. Bankr. P. 4001(b)(3).

### END OF ORDER ###