

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed February 4, 2021**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Pro-Crete Ready Mix, LLC, | § | Case No.   20-43507-ELM-11 |
| | § | |
| Debtor-in-Possession. | § | |
| | § | |

## Agreed Order Dismissing Case with Prejudice to Refiling for One Year under 11 U.S.C. §§ 1112(b) and 349(b)

Came on for hearing, the *United States Trustee's Motion to Dismiss with Prejudice to Refiling for One Year under 11 U.S.C. §§ 1112(b) and 349(b)* ("Motion"). [docket no. 31].    The Court finds that cause exists to grant the relief requested in the Motion and that the Debtor agrees to the requested relief.   It is therefore

ORDERED that the above-referenced case shall be DISMISSED with prejudice to refiling for one year as of the date of entry of this Order.

## End of Order ##

Agreed to in form and substance:


*/s/ Eric Liepins (with permission by EMS)*
Eric Liepins, Counsel for Debtor

*/s/ Erin Marie Schmidt*
Erin Marie Schmidt, Counsel for the United States Trustee


Proposed Form Order Prepared By:

Erin Marie Schmidt
Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce St.  Room 976
Dallas, Texas 75242
[Erin.Schmidt2@usdoj.gov](mailto:Erin.Schmidt2@usdoj.gov)
(214) 767-1075